UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MURIEL'S NEW ORLEANS, LLC** | * | **CIVIL ACTION: 2:20-cv-02295** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **SECTION:** |
| | * | |
| | * | **MAGISTRATE:** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF ALL PARTIES REMAINING IN THIS ACTION
PURSUANT TO 28 U.S.C. 1446 (b)**

**NOW COMES**, Defendant, State Farm Fire and Casualty Company, for the purpose of filing this Notice Pursuant to 28 U.S.C. 1446(b), and in connection with Defendant's recent removal of this matter.

**I.**

The parties remaining in this action are:

Plaintiff, Muriel's New Orleans, LLC, represented by attorneys Daniel E. Davillier, Charles F. Zimmer, II, and Jonathan D. Lewis of Davillier Law Group, LLC, 9356 Gravier Street, Suite 1702, New Orleans, Louisiana 70112, Telephone: (504) 251-6998;

Defendant, State Farm Fire and Casualty Company, served on July 20, 2020, is represented by attorneys David A. Strauss and Chelsea C. Crews of Strauss Massey Dinneen LLC, 935 Gravier Street, Suite 1450, New Orleans, LA 70112, Telephone: (504) 380-0290, Facsimile: (504) 332-8434.

{S0152074.1}

**II.**

Copies of all pleadings filed by any and all parties while this matter was in state court were previously attached to Defendant's Notice of Removal.

Respectfully submitted,

*/s/       Chelsea C. Crews*
DAVID A. STRAUSS, #24665
CHELSEA C. CREWS, #38176
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street, Suite 1450
New Orleans, Louisiana 70112
Office: 504-380-0290
Fax: 504-332-8434
dstrauss@smd-law.com
ccrews@smd-law.com

*Counsel for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I served the foregoing on all counsel of record via electronic and/or U.S. mail.

*/s/ Chelsea C. Crews*
**CHELSEA C. CREWS**