UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MURIEL'S NEW ORLEANS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2295** |
| **STATE FARM FIRE AND CASUALTY CO.** | **SECTION: "G"** |

## JUDGMENT

Pursuant to the Court's Order[1] granting Defendant's Motion to Dismiss,[2]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the Defendant, State Farm Fire and Casualty Co., and against the Plaintiff, Muriel's New Orleans, LLC.

**NEW ORLEANS, LOUISIANA**, this  22nd  day of September, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 73.
[2] Rec. Doc. 69.